UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STEVEN NICHOLSON                                                    PLAINTIFF

v.                                                         Civil No. 1:17cv-00142-GHD-DAS

EMPLOYBRIDGE, *et al.*                                            DEFENDANTS

---
ORDER DISMISSING CASE BY REASON OF SETTLEMENT
---

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court ORDERS that the action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this the 30th day of January, 2019.

_____
SENIOR U.S. DISTRICT JUDGE